IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| SELENIA WILBORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:08cv928-MHT |
| | ) | (WO) |
| SOUTHERN UNION STATE | ) | |
| COMMUNITY COLLEGE; et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

Upon consideration of the joint stipulation and motion to dismiss (Doc. No. 35), it is the ORDER, JUDGMENT, and DECREE of the court that said motion is granted and that defendant Central Alabama Skills Training Consortium and the claims against it are dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of October, 2009.

                                  /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE