IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
SELENIA WILBORN,              )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )          3:08cv928-MHT
                              )              (WO)
SOUTHERN UNION STATE          )
COMMUNITY COLLEGE; et al.,    )
                              )
     Defendants.              )
```

ORDER

It is ORDERED that defendants Southern Union State

Community College, Alabama Department of Economic and

Community Affairs, Alabama Department of Postsecondary

Education, John Lee and Doug Conaway's joint motion to

strike declarations of plaintiff Selenia Wilborn and

Debra Reeves-Howard (doc. no. 44) is denied.

In resolving the pending summary-judgment motion, the

court has implicitly considered the motions to strike as

notices of objections to the evidence described and has

considered any related briefs as arguments on the

objections.   See Norman v. Southern Guar. Ins. Co., 191

F. Supp. 2d 1321, 1328 (M.D. Ala. 2002); Anderson v.

Radisson Hotel Corp., 834 F. Supp. 1364, 1368 n. 1 (S.D.

Ga. 1993).  The court is capable of sifting evidence, as

required by the summary-judgment standard, without resort

to an exclusionary process, and the court will not allow

the summary-judgment stage to degenerate into a battle of

motions to strike.

    DONE, this the 31st day of March, 2010.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE